IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.                      Criminal No. 5:20-CR-16-21

ASHLY PHILLIPS,

       Defendant.

## DISMISSAL

The United States, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, hereby dismisses the Indictment against the above-named defendant in light of her successful graduation from the Federal Drug Court Program.

Respectfully submitted,

WILLIAM IHLENFELD
UNITED STATES ATTORNEY

By:    /s/ Clayton J. Reid
         Clayton J. Reid
         Assistant U. S. Attorney

Leave of Court is granted for the foregoing Dismissal.

DATE:_____

_____
JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE